UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20550-CIV-ALTONAGA/Torres

**UNITED STATES OF AMERICA**,

    Plaintiffs,

v.

**LISETTE LOPEZ**,

    Defendant.

_____ /

### **ORDER**

**THIS CAUSE** came before the Court at a May 14, 2021 Hearing [ECF No. 21] on Defendant, Lisette Lopez's Motion to Dismiss [ECF No. 11]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss **[ECF No. 11]** is **DENIED**. Defendant shall file an answer to the Complaint **[ECF No. 1]** by **May 28, 2021**.

**DONE AND ORDERED** in Miami, Florida, this 14th day of May, 2021.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record